PER CURIAM.
 

 The opinion previously filed in this case is withdrawn and the following opinion is substituted.
 

 The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal of the order denying the motion for post-conviction relief in case
 
 *672
 
 nos. 2005-CF-005221-0, 2005-CF-5306-O, 2005-CF-005571-0 and 2005-CF-007280-0, in the Circuit Court in and for Orange County, Florida.
 
 See
 
 Fla. R.App. P. 9.141(c)(5)(D).
 

 PETITION GRANTED.
 

 GRIFFIN, ORFINGER and TORPY, JJ., concur.